JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA'MIN JOHNSON,<br><br>        Plaintiff,<br>vs.<br><br>M. SCHNEIDER, et al.,<br><br>        Defendants. | Case No. CV 14-07429-CJC (KES)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered dismissing this action with prejudice.

DATED: May 26, 2016

                                      CORMAC J. CARNEY
                                      UNITED STATES DISTRICT JUDGE